IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-4140 |
| | : | |
| HAMMERS CONTRACTORS, INC. and HANNA MARHUNOVA | : | |

## ORDER

**AND NOW**, this 12th day of February 2024, upon considering the Stipulation (ECF No. 23) to dismiss 2330 Sansom Street LLC and Fitler Construction Group LLC and representing certain private agreements among the parties, it is **ORDERED**:

1. The Stipulation (ECF No. 23) is **APPROVED**;

2. We **DISMISS** 2330 Sansom Street LLC and Fitler Construction Group LLC; and,

3. The caption is **amended** as above.

KEARNEY, J.