UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br>    Plaintiff<br>  v.<br><br>HAMMERS CONTRACTORS, INC.;<br>FITLER CONSTRUCTION GROUP LLC;<br>2330 SANSOM STREET LLC; HANNA<br>MARHUNOVA, as Administratrix of the<br>ESTATE OF SIARHEI MARHUNOU<br>Deceased, and in her Own Right.<br>    Defendants | Civil Action No. 2:23-cv-04140-MAK |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT HAMMERS CONTRACTORS, INC.

Plaintiff, Nautilus Insurance Company ("Nautilus"), and Defendant, Hammers Contractors, Inc. ("Hammers"), by and through their respective undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, respectfully request that this Court dismiss Nautilus's Complaint as to Hammers Contractors, Inc. only, with prejudice – in light of the settlement between Nautilus and Hammers.

| **POST & SCHELL, PC** | **ANDREW L. MILLER & ASSOCIATES, PC** |
|---|---|
| **BY:** */sam/ Anthony L. Miscioscia* | **BY:** */s/ Andrew L. Miller* |
| Anthony L. Miscioscia, Esquire | Andrew L. Miller, Esquire |
| 1717 Arch Street, 24th Floor | 15 St. Asaphs Road |
| Philadelphia, PA 19103 | Bala Cynwyd, PA 19004 |
| (215) 587-1170 | 610-617-1776 |
| Attorney for Plaintiff | Attorney for Defendant |
| Nautilus Insurance Company | Hammers Contractors, Inc. |

Dated:  April 12, 2024

**It is so ORDERED:**

_____

27252048v1

## **CERTTIFICATE OF SERVICE**

I, Anthony L. Miscioscia, Esquire certify that I served a true and correct copy of the foregoing Stipulation via email and the Court's ECF system on this date upon:

Andrew L. Miller, Esquire
15 St. Asaph's Road
Bala Cynwyd, PA 19004
amiller@amillerlaw.com

Jonathan A. Cass, Esquire
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
jcass@cohenseglias.com

Jeffery P. Goodman, Esq.
Aiden Carickhoff, Esq.
Robert Mongeluzzi, Esq.
jgoodman@smbb.com
acarickhoff@smbb.com
rmongeluzzi@smbb.com

Date:  April 12, 2024                         */s/ Anthony L. Miscioscia*
                                              Anthony L. Miscioscia